UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                     :
LOCKTON PARTNERS, L.L.C.,               :
                                                     :
                        Plaintiff,               :
                                                   :        25 Misc. 102 (JPC)
            -v-                            :
                                                   :           <u>ORDER</u>
STONE POINT CAPITAL LLC,                :
                                                   :
                        Defendant.            :
                                                   :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On March 13, 2025, Plaintiff initiated this case by filing a motion seeking an order compelling Defendant to comply with a subpoena *duces tecum* served on Defendant on May 3, 2024 in connection with a pending action in the Western District of Missouri, *see Lockton Cos., LLC - Pacific Series v. Alliant Ins. Servs., Inc.*, No. 23 Civ. 705 (SRB) (W.D. Mo.), as well as an award of Plaintiff's attorneys' fees and costs in bringing the motion to compel.  Dkts. 1-3; *see* Dkts. 8-10 (re-filing this motion on March 17, 2025 to cure a filing deficiency).  On March 26, 2025, Plaintiff filed a certificate of service indicating that Defendant was served with the motion on March 14, 2025.  Dkt. 12.

       Defendant is directed to respond to the motion within two weeks of the date of this Order.  In that response, or alternatively prior to filing a substantive response, Defendant may advise the Court whether it consents to transfer of the motion to the Western District of Missouri pursuant to Federal Rule of Civil Procedure 45(f).  Plaintiff shall serve Defendant with a copy of this Order by March 28, 2025 and shall file proof of service on the docket within three business days following service.

SO ORDERED.

Dated: March 27, 2025
      New York, New York

                                                 JOHN P. CRONAN
                                             United States District Judge