UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
LOCKTON PARTNERS, L.L.C.,                                              :
                                                                       :
                     Plaintiff,                                       :
                                                                                                                                                         25 Misc. 102 (JPC)
       -v-                                                            :
                                                                                                                                                             <u>ORDER</u>
STONE POINT CAPITAL LLC,                                               :
                                                                       :
                     Defendant.                                       :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        The Court's March 27, 2025 Order required Plaintiff to serve Defendant by March 28, 2025 and to file proof of service on the docket within three business days following service. Dkt. 14. Those deadlines have passed and the docket does not reflect whether Defendant was served with a copy of the March 27 Order. The Court extends *sua sponte* Plaintiff's deadline to file proof of service on the docket to April 8, 2025.

        SO ORDERED.

Dated: April 7, 2025
       New York, New York
                                                                 JOHN P. CRONAN
                                                                United States District Judge