UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
LOCKTON PARTNERS, LLC,                                                 :
:
Plaintiff,                                  :
:                   25 Misc. 102 (JPC)
-v-                                        :
:                   ORDER
STONE POINT CAPITAL LLC,                                               :
:
Defendant.                                  :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Having reviewed the parties' submissions on Plaintiff's motion to compel, Dkt. 8, the Court concludes that a conference in this matter would be beneficial. Counsel for both parties are therefore ordered to appear before the undersigned on May 20, 2025, at 4:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated: May 1, 2025
      New York, New York                                      JOHN P. CRONAN
                                                                      United States District Judge